**STATE of Missouri, Respondent,**

v.

**Gary L. GRIFFIN, Appellant.**

**No. WD 57881.**

Missouri Court of Appeals,
Western District.

March 27, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 1, 2001.

Application to Transfer Denied
May 29, 2001.

Irene C. Karns, Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea Mazza Follett, Asst. Attorney General, Jefferson City, for Respondent.

Before ULRICH, P.J., EDWIN H. SMITH and NEWTON, JJ.

### Order

PER CURIAM:

Mr. Gary Griffin appeals his convictions of murder in the first degree, armed criminal action, and robbery in the first degree.

Having carefully considered Mr. Griffin's contentions on appeal, we determine that there is no showing that he is entitled to relief. A published opinion would lack precedential value. A memorandum as to the reasons for our decision has been furnished to the parties. The judgment is affirmed. Rule 30.25(b).